**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Bianca Winkler and Otis Goodwine, Defendants,

Of whom Bianca Winkler is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-001420

———————

Appeal From Orangeburg County
Michael H. Murphy, III, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-007
Submitted December 23, 2024 – Filed January 3, 2025

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Samuel Oscar Thompson, II, of Thompson & Sete'fano, of Columbia, as the Guardian ad Litem for Appellant.

Patrick A. McWilliams, of South Carolina Department of Social Services, of Orangeburg, for Respondent.

Jerrod Austin Anderson, of Anderson Law Office, P.A., of Orangeburg, for the Guardian ad Litem for the minor children.

───────────────

**PER CURIAM:** Bianca Winkler appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.